In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00450-CV


____________________



SHARON CULLINAN, Appellant



V.



RICHARD S. RIOS, Appellee






On Appeal from the County Court at Law


Montgomery County, Texas


Trial Cause No. 08-22,668






MEMORANDUM OPINION


 On February 24, 2009, we notified the parties that the appeal would be dismissed
unless the appellant remitted the filing fee for the appeal. Appellant did not respond.

 The trial court sustained the contest to the affidavit of inability to pay costs and the
appellant has not shown that she is entitled to proceed without payment of costs. See Tex.
R. App. P. 20.1. There being no satisfactory explanation for the failure to pay the filing fee
for the appeal, the appeal is dismissed for want of prosecution. See Tex. R. App. P. 42.3.

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice

Opinion Delivered March 26, 2009

Before McKeithen, C.J., Kreger and Horton, JJ.